NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-711 consolidated with 04-709, 04-712

STATE OF LOUISIANA

VERSUS

DAMIEN D. TRAHAN

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NOS. 6314-03, 7707-03, 11377-03
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE
**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED; REMANDED WITH INSTRUCTIONS.

Robert Richard Bryant, Jr.
District Attorney
Sharon Darville Wilson
Assistant District Attorney
Carla S. Sigler
Assistant District Attorney
P. O. Box 3206
Lake Charles, LA 70602
(337) 437-3400
Counsel for State-Appellee:
State of Louisiana

**Peggy J. Sullivan**
**Louisiana Appellate Project**
**P. O. Box 2775**
**Monroe, LA 71207-2775**
**(318) 387-6124**
**Counsel for Defendant-Appellant:**
**Damien D. Trahan**

**PICKETT,** Judge.

For the reasons discussed in the consolidated case of State v. Trahan, 04-709 (La.App. 3 Cir. _/_/04), ___ So.2d ___, the judgment of the trial court is affirmed and remanded with instructions.

**AFFIRMED; REMANDED WITH INSTRUCTIONS.**